## Lewis *v.* The State.

Lumpkin, J. 1. Under the evidence, there was no error in not charging on the subject of voluntary manslaughter.

2. The newly discovered evidence was at best merely impeaching or cumulative in character.

3. The verdict was authorized by the evidence.

*Judgment affirmed. All the Justices concur.*

May 11, 1910.

Indictment for murder. Before Judge Whipple. Crisp superior court. February 12, 1910.

*J. T. Hill*, for plaintiff in error. *John C. Hart, attorney-general,* and *Walter F. George, solicitor-general,* contra.